IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

**FILED**

DEC 0 5 2016

Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| RICHARD L. GRIFFIN,<br><br>Petitioner,<br><br>vs.<br><br>JAMES A. MANLEY, et al.,<br><br>Respondents. | Cause No. CV 16-148-M-DLC<br><br><br>ORDER |

This case comes before the Court on a putative petition for writ of habeas corpus. Although he is named as the Petitioner, Richard L. Griffin did not sign any of the documents. None of the persons who signed the documents are attorneys at law admitted to the Bar of this Court. No filing fee was paid, and there is no application to proceed in forma pauperis. This Court does not recognize the legitimacy of the "grand jury" referred to in the documents.

Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED.

A certificate of appealability is DENIED.

DATED this 5th day of December, 2016.

Dana L. Christensen, Chief Judge
United States District Court